FILED BY _____ D.C.

05 MAY -4  PM 2: 58

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| DARYL HISSONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   04-2733 Ml/An |
| | ) | |
| CCL LABEL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING SCHEDULING CONFERENCE

A Scheduling Conference in this matter was set for December 15, 2004, but the parties notified the Court they were in the process of settling this case. Therefore, the Court continued the Scheduling Conference. The parties have not notified the Court, in writing, if they have resolved this matter, so it is Ordered that a Scheduling Conference is hereby set for **WEDNESDAY, MAY 25, 2005** at **10:30 A.M.** in Room 934, 9th Floor, United States Courthouse and Federal Building, 167 North Main, Memphis, Tennessee.

The parties should submit a proposed Scheduling Order to the Court by Wednesday, May 18, 2005.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

_May 04, 2005_
DATE

1   This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02733 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Ron W. McAfee
LAW OFFICE OF RON W. MCAFEE
251 Adams Ave.
Memphis, TN 38103

Jonathan E. Scharff
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT