THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -6  AM 10: 53

ROBERT R. DiTROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

Daryl Hissong,

    Plaintiff,

v.                                      Case Number 04-2733 M

CCL Label, Inc.

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the parties to this cause having entered into a settlement agreement that compromises and settles this case, this cause should be dismissed with prejudice.

It is, therefore, ORDERED that this cause is dismissed with prejudice.

ENTER this ___ day of May, 2005.

_____
United States District Judge

APPROVED:

_____
Jonathan Scharff
Tenn. Disc. No. 16890
One Commerce Square
Suite 2700
Memphis, Tennessee 38103

Attorneys for Defendant CCL Label, Inc.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02733 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Ron W. McAfee
LAW OFFICE OF RON W. MCAFEE
251 Adams Ave.
Memphis, TN 38103

Jonathan E. Scharff
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT