FILED BY ____ D.C.

05 MAY -6 AM 10: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

### UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

DARYL HISSONG

**JUDGMENT IN A CIVIL CASE**

VS

CCL LABEL, INC.

**CASE NO: 04-2733 Ml/An**

The parties having settled this matter:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal With Prejudice filed May, _6_, 2005, this case is DISMISSED with prejudice.

APPROVED:

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

May 6 2005
Date

ROBERT R. DI TROLIO

Clerk of Court

(By)   Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02733 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Ron W. McAfee
LAW OFFICE OF RON W. MCAFEE
251 Adams Ave.
Memphis, TN 38103

Jonathan E. Scharff
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT